No. 81–1400.  PRESTON ET AL. *v.* UNITED STATES. C. A. 10th Cir.  Certiorari denied.

No. 81–1416.  THOMAS *v.* SOARES, JUDGE, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 81–1417.  THOMAS *v.* PURNELL ET AL.  C. A. 9th Cir. Certiorari denied.

No. 81–1430.  KIMBERLIN *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 81–1435.  COLACURCIO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 81–1445.  PETERS *v.* DIAMOND, COMMISSIONER OF PATENTS.  C. A. D. C. Cir.  Certiorari denied.

No. 81–1457.  CITIZENS AGAINST UFO SECRECY *v.* NATIONAL SECURITY AGENCY.  C. A. D. C. Cir.  Certiorari denied.

No. 81–1459.  POSTON *v.* BOLGER, POSTMASTER GENERAL.  C. A. 4th Cir.  Certiorari denied.

No. 81–1465.  PRING ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA (UNITED STATES, REAL PARTY IN INTEREST).  C. A. 9th Cir.  Certiorari denied.

No. 81–1466.  DOYLE *v.* UNITED STATES DEPARTMENT OF JUSTICE ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 81–5677.  BIBBY *v.* UNITED STATES; and
No. 81–5790.  REED *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.  Reported below: 658 F. 2d 624.